**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

RAJRANIE RAMLAL,

Plaintiff,

vs.  Case No.: 10-62068-Civ-Zloch/Rosenbaum

FIRST REVENUE ASSURANCE,
LLC,

Defendant.
_____/

**MOTION FOR FINAL DEFAULT JUDGMENT**

The undersigned counsel, on behalf of plaintiff, RAJRANIE RAMLAL, moves this Court for entry of a final default judgment as to defendant FIRST REVENUE ASSURANCE, LLC, upon the complaint heretofore filed and served upon the defendant, in accordance with the provisions of Rule 55(b)(2), Federal Rules of Civil Procedure, and in support thereof shows the Court the following:

1. Plaintiff filed her Complaint on October 10, 2010.

2. On October 29, 2010, the Complaint and Summons were served upon Defendant FIRST REVENUE ASSURANCE, LLC.

3. Defendant FIRST REVENUE ASSURANCE, LLC response was due on November 18, 2011.

4. As of today, no response to the Complaint has been filed by Defendant FIRST REVENUE ASSURANCE, LLC.

5. On February 9, 2011, the undersigned filed a Motion for Clerks Entry of Default.

6. On February 16, 2011, the Clerk entered a Default against the defendant FIRST REVENUE ASSURANCE, LLC.

7. Defendant FIRST REVENUE ASSURANCE, LLC has failed to plead or otherwise defend this action, and the Plaintiff is entitled to judgment by default against defendant FIRST REVENUE ASSURANCE, LLC.

8. Plaintiff RAMLAL is entitled to $1,000.00 in statutory damages, attached hereto as Exhibit A.

9. The undersigned attorneys spent 6.5 hours on this file, at a rate of $300.00 per hour, totaling $1,950.00 in fees. In addition, the undersigned attorneys spent $395.00 in costs. The total amount owing to Card & Glenn, P.A. is $2,345.00 attached as Exhibit C.

10. Pursuant to the provisions of Rule 55(b)(2), Federal Rules of Civil Procedure, this Court is empowered to enter a default judgment against the defendant for relief sought by plaintiff in its complaint, and written notice of this action has been given to defendant FIRST REVENUE ASSURANCE, LLC.

## MEMORANDUM IN SUPPORT

Pursuant to Federal Rule of Civil Procedure 55(b), as amended, when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the Court shall enter the final judgment against the defaulting parties.

WHEREFORE, it is respectfully requested that a final judgment be entered against Defendant, FIRST REVENUE ASSURANCE, LLC

Dated:   March 2, 2011                                            Respectfully submitted,

/s Andrew I. Glenn
Andrew I. Glenn
E-mail:  Andrew@cardandglenn.com
Florida Bar No.:  577261
J. Dennis Card, Jr.
E-mail:  Dennis@cardandglenn.com
Florida Bar No.  0487473
Card & Glenn, P.A.
2501 Hollywood Boulevard, Suite 100
Hollywood, Florida 33020
Telephone:  (954) 921-9994
Facsimile:   (954) 921-9553
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 2, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

s/Andrew I. Glenn
Andrew I. Glenn

3

## SERVICE LIST

First Revenue Assurance, LLC, c/o registered agent
CT Corporation System
1200 South Pine Island Road
Plantation, FL. 33324
Service via Regular U.S. Mail